IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

ADAMS MFG. CORP.            :
                            :
                            :
        Plaintiff,          :
                            :  Case No. 2:08-CV-670
    v.                      :
                            :
JO-ANN STORES, INC.,        :
                            :
        Defendant.          :

## ORDER OF COURT

AND NOW, this ___4th___ day of December, 2008,

IT IS ORDERED that trial counsel and an officer of each party shall appear for a settlement conference before this member of the Court on DECEMBER 22, 2008, at 10 AM, in Courtroom No. 3A, United States Post Office & Courthouse, Pittsburgh, PA. Counsel shall confer with their clients prior to the conference and shall utilize all reasonable means available to obtain settlement authority to resolve the case in advance of the conference. **ALL PARTIES AND/OR PRINCIPALS, INCLUDING A PRINCIPAL FOR ANY INSURANCE CARRIER THAT MAY BE RESPONSIBLE FOR ANY PORTION OF THE POTENTIAL LIABILITY, WITH FINAL SETTLEMENT AUTHORITY ARE REQUIRED TO BE PRESENT FOR THE CONFERENCE.** Availability by telephone is **not sufficient.**

Gary L. Lancaster
United States District Judge