IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ADAMS MFG. CORP.<br>a Pennsylvania Corporation<br><br>Plaintiff,<br><br>v.<br><br>JO-ANN STORES, INC.,<br>an Ohio Corporation<br><br>Defendant. | Case No. 2:08-CV-670<br><br>**Jury Trial Demanded** |

## STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED by and between the Plaintiff, Adams Manufacturing Corp. and Defendant, Jo-Ann Stores, Inc., and upon the approval of this Court pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), that the parties have entered into a Settlement Agreement resolving the above-captioned litigation, with all claims in this action to be dismissed with prejudice.

Each party agrees to bear its own costs and attorneys' fees.

This Court retains jurisdiction to enforce this Stipulation of Dismissal and the settlement agreement made by the parties.

/s/ Lancaster
United States District Judge
2/27/[?]

APPROVED AND CONSENTED TO:

| ADAMS MFG. CORP. | JO-ANN STORES, INC. |
|---|---|
| By: s/Lynn J. Alstadt | By: s/James C. Scott |
| Lynn J. Alstadt | James C. Scott |
| PA I.D. No. 23,487 | Roetzel & Andress |
| BUCHANAN INGERSOLL, PC | One Cleveland Center |
| One Oxford Centre | 1375 East Ninth Street |
| 301 Grant Street, 20th Floor | Cleveland, Ohio 44114 |
| Pittsburgh, Pennsylvania 15219 | |
| Attorney for Plaintiff | Attorney for Defendant |